IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHAKUR MALIK,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3198

Opinion filed April 11, 2017.

Petition for Belated Appeal – Original Jurisdiction

Shakur Malik, pro se.

Pamela Jo Bondi, Attorney General, and David Llanes, Assistant Attorney General, for Respondent.

PER CURIAM.

    The petition seeking a belated appeal of the order denying in part and dismissing in part defendant's amended motion for postconviction relief and second amended motion for postconviction relief, rendered on or about February 3, 2016, in Duval County Circuit Court case number 16-2009-CF-004509-AXXX-MA, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the

clerk of the lower tribunal for treatment as a notice of appeal.

B.L. THOMAS, OSTERHAUS, and BILBREY, JJ., CONCUR.